## OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

## Richard GREEN, Respondent.

## No. 712 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 19, 2001.

*O R D E R*

PER CURIAM.

AND NOW, this 19th day of November, 2001, there having been filed with this Court by Richard Green his verified Statement of Resignation dated October 12, 2001, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Richard Green be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

## In the Matter of Joseph STRIMBER.

## No. 71 DB 2001 (No. 39 RST 2001).

Supreme Court of Pennsylvania.

Nov. 19, 2001.

*O R D E R*

## PETITION FOR REINSTATEMENT FROM INACTIVE STATUS

PER CURIAM.

AND NOW, this 19th day of November, 2001, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated October 19, 2001, are approved and IT IS ORDERED that JOSEPH STRIMBER, who has been on Inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.